IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LESEL LOVE JR. AND GWENDOLYN
R. LOVE,

    Plaintiffs,                                   CASE NO.: 21-20934-CIV-MORENO

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.

_____/

## REMOVAL STATUS REPORT

Defendant, WESTERN WORLD INSURANCE COMPANY, by and through its undersigned counsel and files this, its Removal Status Report in compliance with the Court's Notice of Court Practice In Removal Cases, dated March 16, 2021 [D.E. 4], and states as follows:

1) **A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.**

For the second time, Plaintiffs, LESEL LOVE JR. and GWENDOLYN R. LOVE, have filed a Complaint against Defendant, WESTERN WORLD INSURANCE COMPANY for breach of contract based upon an insurance claim with a purported date of loss of September 10, 2017, for damage to the insured property as the result of Hurricane Irma. As fully stated in the Notice of Removal, WESTERN WORLD INSURANCE COMPANY relied on the estimate of damages Plaintiffs attached to their state court complaint associated with *Lesel Love Jr. vs. Western World Insurance Company*, Case No.: 20-21664-CIV-MORENO. After application of the applicable deductible, the amount in controversy totals $152,601.73, exclusive of attorneys'

fees and costs.

2) **A plain statement of the grounds for removal and a list of all parties to the action, including parties to any third-party claim.**

Defendant, WESTERN WORLD INSURANCE COMPANY, removed this action based upon diversity jurisdiction and an amount in controversy in excess of $75,000.00, pursuant to 28 U.S.C. §1332(a). WESTERN WORLD INSURANCE COMPANY is entitled to remove this action pursuant to 28 U.S.C. § 1441. The grounds for removal are set forth fully in Defendant's Notice of Removal [D.E. 1]. The only parties to this action are Plaintiffs, LESEL LOVE JR. and GWENDOLYN R. LOVE, and Defendant, WESTERN WORLD INSURANCE COMPANY.

3) **A list of all pending motions.**

WESTERN WORLD INSURANCE COMPANY's Motion for Fees and Costs Incurred Regarding Defendant's Motion to Compel, Doc. 30, in *Lesel Love Jr. vs. Western World Insurance Company*, Case No.: 20-21664-CIV-MORENO, is still pending before this Court. There are no pending motions in Case No.: 21-20934-CIV-MORENO (the present case).

4) **A brief statement by each Defendant explaining whether or not each has joined the notice of removal.**

WESTERN WORLD INSURANCE COMPANY is the only Defendant in this action.

5) **State whether the Defendant has removed the action within thirty (30) days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.**

WESTERN WORLD INSURANCE COMPANY timely removed the action within 30 days of its receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based. As stated in the Notice of Removal, Plaintiffs' Complaint was served upon WESTERN WORLD INSURANCE COMPANY on February 12, 2021, and based on the information from Case No.: 20-21664-CIV-MORENO, WESTERN WORLD INSURANCE

COMPANY filed its Notice of Removal on March 9, 2021. Additionally, all state court pleadings were filed with the Notice of Removal, collectively attached as Exhibit "1" thereto.

        BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Troy J. Seibert, Esq.
**TROY J. SEIBERT, ESQ.**
Florida Bar No.: 0084668
tseibert@butler.legal
**VINCENT A. FERNANDEZ, ESQ.**
Florida Bar No.: 1004601
vfernandez@butler.legal
Secondary:    msmalls@butler.legal
                    egonzalez@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Attorneys for Defendant,*
*Western World Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

    DAVID LOW & ASSOCIATES, P.A.
    David Low, Esq.
    david@davidlowpa.com
    Sarah Schachere, Esq.
    sschachere@davidlowpa.com
    Jordi Iturrizaga, Esq.
    jiturrizaga@davidlowpa.com
    2101 W. Commercial Blvd. Suite 2800
    Fort Lauderdale, FL 33309
    Eservice@davidlowpa.com
    msherman@davidlowpa.com
    *Attorneys for Plaintiffs,*
    *Lesel Love Jr. and Gwendolyn Love*

by CM/ECF on March 29, 2021.

        /s/ Troy J. Seibert, Esq.
        **TROY J. SEIBERT, ESQ.**