UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LESEL LOVE JR AND GWENDOLYN LOVE

 Plaintiffs,

v.             Case No.  1:21-cv-20934-FAM

WESTERN WORLD INSURANCE COMPANY,

 Defendants.

_____

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

 **COMES NOW**, Plaintiffs, LESEL LOVE, JR AND GWENDOLYN LOVE, by and through undersigned counsel hereby serves this Expert Witness Disclosure identifying its expert:

1. Grant W Renne, P.E., c/o YAS Consultants, LLC, 112 Anchor Drive, Ponce Inlet, FL 32127

Mr. Renee, engineer, is expected to testify regarding the cause and origin of the damages at the subject property.

       Respectfully submitted,

       By: /s/ *Sarah Schachere*
         **SARAH SCHACHERE, ESQ.**
         Florida Bar No.: 35987
         sschachere@davidlowpa.com
         DAVID LOW, ESQ.
         Florida Bar No.: 67957
         DAVID LOW & ASSOCIATES, P.A.
         2101 West Commercial Blvd., Suite 2800
         Fort Lauderdale, Florida 33309
         Telephone: (305) 935-8986
         Facsimile: (305) 675-2685
         Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this July 8, 2021, we furnished a copy to.

Troy J. Seibert, Esq.
Bulter Weihmuller Katz Craig, LLP.
400 N. Ashley Drive, Suite 2300,
Tampa, Florida 33602
tseibert@butler.legal;
vfernandez@butler.legal;
msmalls@butler.legal
*Counsel for Defendant*

                                        By: /s/ *Sarah Schachere*
                                              **SARAH SCHACHERE, ESQ.**
                                              Florida Bar No.: 35987
                                              sschachere@davidlowpa.com
                                              DAVID LOW, ESQ.
                                              Florida Bar No.: 67957
                                              DAVID LOW & ASSOCIATES, P.A.
                                              2101 West Commercial Blvd., Suite 2800
                                              Fort Lauderdale, Florida 33309
                                              Telephone: (305) 935-8986
                                              Facsimile: (305) 675-2685
                                              Attorneys for Plaintiffs